**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cristobal Amancio MORALES, a.k.a. Amancio Cristobal Morales–Beltran, Defendant–Appellant.**

No. 15-50221

United States Court of Appeals, Ninth Circuit.

Submitted September 27, 2016 *

Filed October 04, 2016

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Jean–Claude Andre, Assistant U.S. Attorney, Jonathan Galatzan, Rosalind Wang, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee

Michael Raymond Belter, Esquire, Attorney, Law Office of Michael R. Belter, Pasadena, CA, for Defendant–Appellant

Before: TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Cristobal Amancio Morales appeals from the district court's judgment and challenges the 60–month sentence imposed following his guilty-plea conviction for conspiracy to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Morales contends that the district court erred in denying his request for safety-valve relief. We review for clear error, *see United States v. Mejia–Pimental*, 477 F.3d 1100, 1103 (9th Cir. 2007), and find none. The record supports the district court's finding that Morales did not truthfully provide the government with all of the information he had concerning the offense. *See* 18 U.S.C. § 3553(f)(5); U.S.S.G. § 5C1.2(a)(5). Moreover, contrary to Morales's contention, his proffer sessions did not constitute a "good faith" effort to cooperate with the government. *See Mejia–Pimental*, 477 F.3d at 1106 (a defendant who provides evasive answers and whose conduct was more extensive than his proffer suggests has not met the good faith standard).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).